IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES R. McNEIL,

        Plaintiff,                    No. CIV S-08-2432 MCE GGH PS

     vs.

INTERNAL REVENUE SERVICE,

        Defendant.                ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se. By order of October 29, 2008, plaintiff was directed to complete an application to proceed in forma pauperis or pay the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff has submitted an affidavit but it is not on the proper form. The form submitted does not contain a certificate portion which must be completed by plaintiff's institution of incarceration. Plaintiff has also failed to file a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.[1] See 28 U.S.C. § 1915(a)(2). In a filing dated November 25, 2008, plaintiff states that the he sent his affidavit to the trust office, but they kept it or threw it away. Plaintiff will again be provided the opportunity to submit a completed in forma pauperis

---

[1] The copy submitted by plaintiff on November 25, 2008 (docket #7) is not certified.

1

1  application and a certified copy in support of his application.

2        In accordance with the above, IT IS HEREBY ORDERED that:

3        1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit

4  in support of his request to proceed in forma pauperis on the form provided by the Clerk of

5  Court, or the appropriate filing fee.

6        2. The Clerk of the Court is directed to send plaintiff a new Application to

7  Proceed In Forma Pauperis By a Prisoner.

8        3. Plaintiff shall submit, within thirty days from the date of this order, a certified

9  copy of his prison trust account statement for the six month period immediately preceding the

10  filing of the complaint.  Plaintiff's failure to comply with this order will result in a

11  recommendation that this action be dismissed without prejudice.

12  DATED: December 11, 2008

13                                 /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

14  GGH:076
McNeil2432.3a2.wpd

15

16

17

18

19

20

21

22

23

24

25

26