UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES ROY MCNEIL,                             No. 2:08-cv-02432-MCE-KJN P

      Plaintiff,

  v.                                          **ORDER**

INTERNAL REVENUE SERVICE,

      Defendant.

----oo0oo----

    Plaintiff, proceeding in pro se, sued the Internal Revenue Service ("IRS") for a tax refund. The IRS moved to dismiss on grounds that the Plaintiff did not make any claim for refund before instituting the present lawsuit. Because of that failure, the Magistrate Judge issued findings and recommendations that the matter be dismissed for lack of subject matter jurisdiction on grounds that the government was entitled to sovereign immunity from suit. By Order filed April 5, 2010, this Court adopted those findings and recommendations and dismissed the case.

1

1    Plaintiff neither opposed Defendant's Motion to Dismiss nor
2 filed any objection to the findings and recommendations issued by
3 the magistrate judge.  After judgment was entered in accordance
4 with this Court's Order dismissing the case, however, Plaintiff
5 filed a one page letter with the Court asking that the case be
6 "reopened" because the IRS still "owes me $633.00."  The Court
7 will construe that letter as a Motion for Reconsideration.

8    Under Eastern District Local Rule 230(j), an application for
9 reconsideration must show what new or different facts are claimed
10 to exist at the time of reconsideration which did not exist
11 beforehand, or what other grounds exist for the Motion.
12 Plaintiff's instant request fails to meet that standard.  Not
13 only did he fail to oppose the Motion to Dismiss at the time it
14 was made or object to the findings and recommendations issued by
15 the Magistrate Judge thereon, he also provides absolutely no new
16 or different facts or circumstances to indicate that
17 reconsideration is appropriate.  Plaintiff's Motion for
18 Reconsideration (Docket No. 28) is accordingly DENIED.

19    IT IS SO ORDERED.

Dated: May 4, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE